UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MANNING,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.,*<br><br>        Defendant | Case No.: 3:15-CV-00446-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 6) |

      The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 6) entered on December 15, 2015, in which the Magistrate Judge recommends the Court dismiss this action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No.6).

      IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS HEREBY ORDERED this 29th day of November, 2017.

_____
ROBERT C. JONES